## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARRIET MYERS, derivatively on behalf of DEVRY EDUCATION GROUP INC, <br><br> Plaintiff, <br><br> v. <br><br> DANIEL HAMBURGER, TIMOTHY J. WIGGINS, RICHARD M. GUNST, PATRICK K. UNZICKER, CHRISTOPHER B. BEGLEY, DAVID S. BROWN, LISA WARDELL, ANN WEAVER HART, LYLE LOGAN, ALAN G. MERTEN, FERNANDO RUIZ, RONALD L. TAYLOR, and JAMES D. WHITE, <br><br> Defendants, <br><br> and <br><br> DEVRY EDUCATION GROUP INC., <br><br> Nominal Defendant. | C.A. No. 17-341-RGA |

## [PROPOSED] ORDER

Upon consideration of the Stipulation and Joint Motion for Stay of Litigation, it is HEREBY ORDERED as follows:

1. All proceedings and deadlines in the above-captioned action (the "Action") are hereby stayed pending decision on the motion to dismiss in *Pension Trust Fund for Operating Engineers v. DeVry Education Group, Inc. et al.*, docket number 1:16-cv-05198, in the United States District Court for the Northern District of Illinois (the "Securities Class Action").

2. Within thirty (30) days after a decision is issued on the motion to dismiss in the Securities Class Action the parties in this Action shall meet and confer regarding future case

scheduling and will submit an update on the status of the case or propose a scheduling stipulation for this Court's review and approval.

3. Defendants are under no obligation to respond to the complaint in this Action while the stay is in effect and until a scheduling order has been entered by the Court after the stay has been lifted. Defendants reserve all of their defenses to the claims asserted by Plaintiff and the stay shall not be deemed a waiver of any of Defendants' defenses.

4. Subject to the applicable federal and local rules, any party shall have the right to move this Court to lift the stay of this Action so long as such party provides at least thirty (30) days' written notice to all other Parties prior to filing such motion.

5. In the event that a mediation is held in an effort to settle the Securities Class Action, counsel for DeVry and/or the Individual Defendants shall provide Plaintiff's counsel with reasonable notice of said mediation.

6. Counsel for DeVry and/or the Individual Defendants will notify Plaintiff's counsel if any other shareholder derivative proceedings are initiated on behalf of DeVry based on the same set of facts alleged in the Action.

7. Notwithstanding the stipulated stay, Plaintiff shall be permitted to file an amended complaint during the pendency of the stay. DeVry and the Individual Defendants shall be under no obligation to respond to any compliant while the stay is in effect.

_____
UNITED STATES DISTRICT JUDGE

April 18, 2017